# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  Telephone: (347) 687-2019
Suite 308.  cmulhollandesq@gmail.com
Astoria, NY 11106

October 13, 2023

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Perez v. 4519 28th Ave Corp. et al 23-cv-05910

Your Honor,

Plaintiff writes to respectfully request an additional six weeks to serve the Defendants in this matter. Shortly after filing this action, Defendants reached out in an effort to initiate settlement discussions prior to contracting an attorney. We have been actively talking.

In the interests of co-operation and good faith Plaintiff has held off formally serving the Complaint to foster an amicable tone while discussing the possibility of an early resolution.

At this point, if we cannot resolve the matter in the next few weeks, then Plaintiff will formally serve the Complaint on the Defendants within the next six weeks, provided the Court grants the requested extension.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*