UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN OMAR PEREZ,<br><br>Plaintiff,<br>-against-<br><br>4519 28TH AVE CORP. D/B/A PRONTO PIZZERIA and GIUSEPPE CICCOTTA., as individuals.<br><br>Defendants. | Case 1:23-cv-05910<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants, 4519 28TH Ave Corp. d/b/a Pronto Pizzeria and Giuseppe Ciccotta (a private non-governmental party or intervenor) certifies the following:

**Part I**

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicity held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.

4519 28TH Ave Corp. d/b/a Pronto Pizzeria does not have a parent corporation or publicly-held stock.

**Part II**

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

Dated:  December 8ʰ, 2023.

                                             Respectfully submitted,
                                             SPIRE LAW, PLLC
                                             2572 W. State Road 426, Suite 2088
                                             Oviedo, Florida 32765

                                           By:  */s/ Ian E. Smith*
                                                 Ian E. Smith
                                                 New York Bar No. 4027447
                                                 ian@spirelawfirm.com
                                                 margarita@spirelawfirm.com
                                                 filings@spirelawfirm.com

                                                 Attorney for Defendants | 4519 28^(TH) Ave Corp.
                                                 d/b/a Pronto Pizzeria and Giuseppe Ciccotta.